# Exhibit 1

**Roxana Macías Martínez**
Director of Compliance

Cell +52 (618) 101 3794
Office +52 (618) 143 4431
rmacias@csivp.com

PLS 000130



PLS 000131

DECLARATION OF JOACHIM MORRISON IN
SUPPORT OF PLAINTIFFS' MOTION TO SERVE
DEFENDANT CSI VISA PROCESSING S.C.
PURSUANT TO RULE 4(f)(3) - 11