# Exhibit 2

# *State of Washington*

## Secretary of State
CORPORATIONS DIVISION
James M. Dolliver Building
801 Capitol Way South
PO Box 40234
Olympia WA 98504-0234
360.725.0377

### Initial Report

| | |
|---|---|
| Application ID | 4039724 |
| Associated App ID | 4039718 |
| Entity Name | CSI VISA PROCESSING USA, LLC |
| UBI Number | |
| Corporation Type | Limited Liability Company |
| Tracking ID | 3406000 |
| Validation ID | 3351288-002 |
| Date Submitted for Filing | 1/9/2017 |
| Filing Due Date | |
| State of Incorporation | WA |
| Inc./Qual Date | 1/10/2017 |
| Nature of Business | CSI Visa Processing USA will engage in assisting entities in the processing of H2 agriculture visa non immigrant workers. |

### Contact Information

| | |
|---|---|
| Contact Name | Roxana Macias Martinez |
| Contact Address | 1610 Pacific Ridge Drive SE<br>Olympia<br>WA<br>98516 |

PLS 000142

| | |
|---|---|
| Contact Email | rmacias.csi@gmail.com |
| Contact Phone | 618-101-3794 |

## Registered Agent Information

| | |
|---|---|
| Agent is Entity | |
| Agent Name | CSI Visa Processing USA, LLC |
| Agent Street Address | 1610 Pacific Ridge Drive SE<br>Olympia<br>WA<br>98516 |
| Agent Mailing Address | Same as Street Address |
| Agent Email Address | |

## Place of Business

| | |
|---|---|
| Place of Business is in US | Yes |
| Street Address | 1610 Pacific Ridge Drive SE<br>Olympia<br>WA<br>98516 |

## Member/Manager

| Member #1 | Name | Jose Guillermo Mathus Fonseca |
|---|---|---|
| | | Cima 516<br>Tres Misiones<br>Durango<br>Mexico<br>34209 |

PLS 000143

DECLARATION OF JOACHIM MORRISON IN SUPPORT OF
PLAINTIFFS' MOTION TO SERVE DEFENDANT CSI
VISA PROCESSING S.C. PURSUANT TO RULE 4(f)(3) - 14

**Member #2**  **Name** Tania De la Fuente
Vera

Daniel Zambrano 516
Col Chepevera
Monterrey
Mexico
64030

## Execution Information

**Executed By**  Roxana Macias

DECLARATION OF JOACHIM MORRISON IN SUPPORT OF
PLAINTIFFS' MOTION TO SERVE DEFENDANT CSI
VISA PROCESSING S.C. PURSUANT TO RULE 4(f)(3) - 15