# Exhibit 3



# WORKFORCE SUMMIT

**Central WA University (Student Union Building)**
**ELLENSBURG**
**Thursday, January 28, 2016 | 9 a.m. - 4:00 p.m.**

## AGENDA

**8:30 - 9:00**   **REGISTRATION/BOOTHS**

**9:00 - 9:20**   **WELCOME (Ballroom C & D, Second Floor)**
*Juli Tuson, Chief Operating Officer, wafla*
*Montse Walker, Guestworker Programs Manager, wafla*

Agenda overview.

**9:30 - 10:45**   **Breakout 1 - The Legal Worker Program™. (Ballroom C & D, Second Floor)**
*Heri Chapula, Field Services Manager, wafla*
*Guillermo Mathus, President, CSI*

(first time H-2A users)
Learn about the program and requirements as well as how wafla makes the Legal Worker Program™ work. Wafla as an association can offer unique cost savings opportunities and on-site training as part of our turnkey program.

**Breakout 2 - Auditing your program. (137a, First Floor)**
*Dan Fazio, Director, wafla*

(employers with 1-2 years of experience in H-2A)
We will walk you through the various government agencies' roles in H-2A and explain how we conduct self audits.

**Breakout 3 - Advanced Topics & Case Studies. (137b, First Floor)**
*Leon Sequeira, Employment Attorney*
*Montse Walker, Guestworker Programs Manager, wafla*

(experienced H-2A employers - discussion group)
In depth discussion of regulatory requirements of the program and case studies relating to compliance.

**11:00 - 11:30**   **South of the Border to your Farm. (Ballroom C & D, Second Floor)**
*Guillermo Mathus, President, CSI Visa Processing*
*Roxana Macias, Director of Compliance, CSI Visa Processing*

CSI Visa Processing, based in Durango Mexico will discuss the foreign worker recruitment process in Mexico, as well as their role in complying with recruitment requirements.

**11:30 - Noon**   **Speed Dating**
Booth participants will tell you why their booth is a "can't miss"!

PLS 000138

DECLARATION OF JOACHIM MORRISON IN SUPPORT OF
PLAINTIFFS' MOTION TO SERVE DEFENDANT CSI
VISA PROCESSING S.C. PURSUANT TO RULE 4(f)(3) - 17

# Speaker Bios



**Ivan Jauregui** leads the H2A Tax Program at Moss Adams LLP. Prior to working for Moss Adams LLP, Ivan earned his law degree at the Universidad La Salle in Mexico and worked several years as an attorney in International Trade and Customs Law. After moving to the United States, Ivan earned his Master's in Tax Law at the University of Washington and worked in the University of Washington Federal Tax Clinic. Currently Ivan focuses his practice in Federal Income Tax and tax compliance.



**Roxana Macias** is the Director of Compliance for CSI Visa Processing. Her role is to ensure all parties involved in recruitment of H2 workers abide by all applicable laws and regulations.  Roxana worked as the Guest Worker Program Manager for wafla for nearly three years, assisting H2 employers in navigating complex federal regulations.  Having grown up in the Yakima Valley in a family of farm workers, Roxana is passionate about agricultural employment issues. Prior to serving wafla members, Roxana worked for two years in the Washington State Employment Security Department (ESD), Labor Market and Economic Analysis division on employer agricultural surveys, after earning a Bachelor's of Science in Political Economics from the University of Washington.



**Guillermo Mathus** is the President of CSI Visa Processing.  Guillermo has been working with H2 employers and workers for over 13 years. His primary role at CSI is the recruitment and evaluation of new and potential candidates for temporary H2 positions. His experience with program regulations, familiarity with growing regions throughout Mexico, and ability to identify able, willing, and qualified laborers has contributed to the success of growers throughout the United States.



**Leon Sequeira** is an attorney and business consultant for employers and trade associations across the country.  Much of his work involves helping employers navigate the countless issues associated with employing H-2A and H-2B temporary workers, including defending employers in government audits and litigation.  He also advises clients on legislative, regulatory and public policy matters concerning labor, employment and immigration. He previously served as Assistant Secretary of Labor during the second term of the George W. Bush Administration.



**Juli Tuson** is the Chief Operating Officer for wafla, overseeing all products and services of the association. Juli is a current member and graduate of the WA AgForestry Leadership Program. Prior to joining the wafla team, Juli handled purchasing operations in the wood products industry for over 20 years. She specializes in team management and sales, with a focus on customer relations. She looks forward to developing relationships with wafla members while addressing their HR needs.



**Montse Walker** is the Guestworker Programs Manager and has worked for wafla for almost two years. She leads a team of four Account Executives that handle approximately 120 H-2A accounts a year, and help employers in Washington, Oregon, California, Nevada and Idaho. Montse has a B.A. in Hispanic Studies, and is pursing an MBA at Saint Martin's University. Prior to working for wafla, Montse worked as an interpreter and translator in a variety of settings. Montse specializes in compliance with employment matters, and has an interest in immigration and labor policy.

DECLARATION OF JOACHIM MORRISON IN SUPPORT OF
PLAINTIFFS' MOTION TO SERVE DEFENDANT CSI
VISA PROCESSING S.C. PURSUANT TO RULE 4(f)(3) - 18