# Exhibit 6

**Joe Morrison**

| | |
|---|---|
| **From:** | Belzberg, Adam S. <adam.belzberg@stoel.com> |
| **Sent:** | Friday, March 30, 2018 11:41 AM |
| **To:** | Joe Morrison |
| **Subject:** | Re: Brown v. China Integrated Energy |

Thanks, Joe.

I guess we'll have to agree to disagree. I also do not represent CSI, S.A. in this matter and have no authority to accept or waive service. Unlike CSI, S.A., these cases you sent me involve service on foreign individual defendants who have many ties to other domestic defendant entities with registered agents and employees in the US. As a foreign entity that is covered by The Hague Convention and has no employees or operations in the US, it would be contrary to FRCP 4(f)(1) and due process for service to be permitted on CSI domestically in this case. Especially since you have chosen to not even attempt compliance with The Hague Convention and FRCP 4(f)(1).

Thanks,

Adam

Adam S. Belzberg | Partner
STOEL RIVES LLP | 600 University Street, Suite 3600 | Seattle, WA 98101<x-apple-data-detectors://4/1>
Direct:  (206) 386-7516<tel:(206)%20386-7516> | Fax:  (206) 386-7500<tel:(206)%20386-7500>
adam.belzberg@stoel.com<mailto:adam.belzberg@stoel.com> | www.stoel.com<http://www.stoel.com/>

On Mar 30, 2018, at 9:22 AM, Joe Morrison <joe.morrison@ColumbiaLegal.org<mailto:joe.morrison@ColumbiaLegal.org>> wrote:

Another case supporting our approach. Hope this helps and that your client will ultimately decide to waive service to move matters along. Thanks again for your quick review and constructive dialogue. Joe <Brown v. China Integrated Energy_ Inc._ 285 F.R.D. 560.docx>

1

DECLARATION OF JOACHIM MORRISON IN SUPPORT OF
PLAINTIFFS' MOTION TO SERVE DEFENDANT CSI
VISA PROCESSING S.C. PURSUANT TO RULE 4(f)(3) - 34

# Joe Morrison

| | |
|---|---|
| **From:** | Belzberg, Adam S. <adam.belzberg@stoel.com> |
| **Sent:** | Wednesday, March 28, 2018 12:00 PM |
| **To:** | Joe Morrison |
| **Subject:** | RE: Alternative service - Rule 4(f)(3) |

Thanks, Joe.

Just to be clear, we were engaged to represent CSI Visa Processing U.S.A., LLC in this matter, not CSI Visa Processing, S.A. I'll be back in touch tomorrow.

**Adam S. Belzberg** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct:  (206) 386-7516 | Fax:  (206) 386-7500
adam.belzberg@stoel.com | www.stoel.com

---

**From:** Joe Morrison [mailto:joe.morrison@ColumbiaLegal.org]
**Sent:** Wednesday, March 28, 2018 11:47 AM
**To:** Belzberg, Adam S.
**Subject:** Alternative service - Rule 4(f)(3)

Hi, Adam. Thanks for your willingness to consider alternative service on your client to avoid a year of delay by having to use the Hauge Convention process. Here are two cases for your consideration. We will hold off filing our motion until I hear from you tomorrow. Thanks,

- *Rio Props. v. Rio Int'l Interlink*, 284 F.3d 1007, 1015-17 (9th Cir. 2002)
- *Microsoft Corp. v. Buy More, Inc.*, 703 F. App'x 476, 480 (9th Cir. 2017)

**Joe Morrison, Attorney**
Columbia Legal Services
Working Families Project

300 Okanogan Ave, Suite 2A | Wenatchee, WA 98801 | (509) 662-9681 Ext. 125
joe.morrison@columbialegal.org | www.columbialegal.org
Sign up for newsletters and updates.

Our vision of justice: When people have the necessary tools and opportunity to achieve social and economic justice, a more inclusive and equitable society is possible.

CONFIDENTIALITY STATEMENT: This email and any attachments are for the sole use of the intended recipient(s). This communication and attachments may contain privileged or confidential information. If you feel you have received this message in error, please alert me of that fact and then delete it. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.

1

DECLARATION OF JOACHIM MORRISON IN SUPPORT OF
PLAINTIFFS' MOTION TO SERVE DEFENDANT CSI
VISA PROCESSING S.C. PURSUANT TO RULE 4(f)(3) - 35