THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARO ROSAS and GUADALUPE TAPIA, as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SARBANAND FARMS, LLC, MUNGER BROS., LLC., NIDIA PEREZ, and CSI VISA PROCESSING S.C.,<br><br>Defendants. | CASE NO. C18-0112-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for withdrawal and substitution of counsel (Dkt. No. 32). This motion (Dkt. No. 32) is GRANTED. Pursuant to Local Civil Rule 83.2(b)(1), the parties through counsel stipulated to a change of attorneys for Defendants Sarbanand Farms, LLC, Munger Bros., LLC, and Nidia Perez (collectively "Defendants"). (Dkt. No. 32 at 1.) Effective immediately, Coby Cohen, David Nelson Bruce, Miles Yanick, and the law firm of Savvit Bruce & Wiley LLP are withdrawn as counsel for Defendants. Christopher Hawk and Derek Bishop of Gordon Rees Scully Mansukhani, LLP are hereby substituted in as counsel.

MINUTE ORDER
C18-0112-JCC
PAGE - 1

1. DATED this 5th day of June 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-0112-JCC
PAGE - 2