THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARO ROSAS and GUADALUPE TAPIA, as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>SARBANAND FARMS, LLC, *et al.*,<br><br>Defendants. | CASE NO. C18-0112-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint motion to set a briefing schedule for class certification (Dkt. No. 39). The Court finds good cause to extend Plaintiffs' deadline to move for class certification, pursuant to Local Civil Rule 23(i)(3), and accordingly sets the following briefing schedule:

(1) Plaintiffs' motion for class certification must be filed by September 7, 2018.

(2) Defendants' response is due by October 9, 2018.

(3) Plaintiffs' reply is due by November 9, 2018.

No hearing date will be set unless the Court finds a hearing necessary.

//

//

//

1       DATED this 12th day of July 2018.

John C. Coughenour<br>
UNITED STATES DISTRICT JUDGE

ORDER
C18-0112-JCC
PAGE - 2