THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARO ROSAS and GUADALUPE TAPIA as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SARBANAND FARMS, LLC, MUNGER BROS., LLC, NIDIA PEREZ, and CSI VISA PROCESSING S.C.,<br><br>Defendants. | CASE NO. C18-0112-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated agreement for a briefing schedule (Dkt. No. 82). Pursuant to the parties' stipulation, the Court hereby ORDERS that:

1. Plaintiffs' anticipated motion for summary judgment on Defendants' liability under the Farm Labor Contractors Act and Defendant CSI Visa Processing S.C.'s anticipated motion to dismiss for lack of personal jurisdiction shall be filed no later than February 15, 2019.

2. Defendants' response or responses to Plaintiffs' motion for summary judgment and Plaintiffs' response (and Grower Defendants' response, if any) to Defendant CIS's

motion to dismiss shall be filed no later than March 15, 2019.

3. Plaintiffs' reply in support of their motion for summary judgment and Defendant CSI's reply in support of its motion to dismiss shall be filed no later than March 29, 2019.

DATED this 8th day of February 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk