UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARO ROSAS and GUADALUPE TAPIA, as individuals and on behalf of all other similarly situated persons, | CASE NO. C18-0112-JCC |
| Plaintiffs, | ORDER |
| v. | |
| SARBANAND FARMS, LLC, MUNGER BROS., LLC, NIDIA PEREZ, and CSI VISA PROCESSING S.C., | |
| Defendants. | |

This matter comes before the Court on the parties' stipulation related to content of radio announcement for class notice (Dkt. No. 91). Having thoroughly considered the stipulation and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the stipulation and APPROVES of the parties' agreed radio notice. The Clerk is DIRECTED to forward copies of this order to counsel of record.

//

//

//

//

//

DATED this 28th day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE