THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARO ROSAS and GUADALUPE TAPIA, as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SARBANAND FARMS, LLC, *et al*.,<br><br>Defendants. | CASE NO. C18-0112-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' second motion for an order providing for the release of information from the Washington State Employment Security Division ("ESD") (Dkt. No. 123). Defendants and the ESD have not opposed the motion. (*See id*., Dkt. No. 127.) Upon review of Plaintiffs' motion and the relevant record, the Court finds that the need for the information and records in the current proceedings outweighs any privacy and confidentiality considerations. *See* Wash. Rev. Code § 50.13.070. Upon receipt and review of the documents, the parties may consult and prepare a stipulated protective order to present to the Court, or move to file under seal any documents containing confidential information. For the foregoing reasons, Plaintiff's motion for an order providing for the release of information from the ESD (Dkt. No. 123) is GRANTED. The Court APPROVES Plaintiffs' proposed subpoena (Dkt. No. 123-1).

ORDER
C18-0112-JCC
PAGE - 1

1       DATED this 20th day of May 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0112-JCC
PAGE - 2