THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARO ROSAS and GUADALUPE TAPIA, as individuals and on behalf of all other similarly situated persons,<br><br>     Plaintiffs,<br><br> v.<br><br>SARBANAND FARMS, LLC *et al.*,<br><br>     Defendants. | CASE NO. C18-0112-JCC<br><br>ORDER |

   This matter comes before the Court on Plaintiffs' unopposed motion to reset the final settlement hearing (Dkt. No. 167). On December 31, 2019, the Court granted preliminary approval of the class action settlement after reviewing Plaintiffs' unopposed motion and the parties' settlement agreement. (*See* Dkt. No. 163.) No class member objected to the settlement by the March 31, 2020 deadline for filing objections. (Dkt. No. 165 at 3.) The claim rate for class members is 94%. (*See* Dkt. No. 168 at 3.) The final approval hearing was originally scheduled for April 21, 2020, but the Court could not conduct an in-person hearing because of the COVID-19 pandemic. *See* W.D. Wash., General Order 02-20 (Mar. 17, 2020). The Court FINDS that a telephonic hearing is appropriate in this case and that such a hearing will satisfy the requirements of Rule 23(e). Therefore, the Court GRANTS Plaintiffs' motion to reset the final settlement hearing (Dkt. No. 167) and ORDERS that the Final Approval Hearing shall be set for June 9,

1 | 2020, at 9:00 a.m.

2 | DATED this 26th day of May 2020.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0112-JCC
PAGE - 2