THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARO ROSAS and GUADALUPE TAPIA, as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SARBANAND FARMS LLC, MUNGER BROS., LLC., NIDIA PEREZ, and CSI VISA PROCESSING S.C.,<br><br>Defendants. | CASE NO. C18-0112-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. No. 173). When the Court granted final approval of the class action settlement agreement, the Court specified that this case would not be dismissed until Defendants had made all payments and complied with the injunctive relief set forth in the settlement agreement. (*See* Dkt. No. 172 at 4.) The parties stipulate that all claims between the parties have now been resolved. (*See id.* at 173 at 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

MINUTE ORDER
C18-0112-JCC
PAGE - 1

1   DATED this 28th day of July 2020.

2

3                                             William M. McCool
                                              Clerk of Court

4
                                              s/Tomas Hernandez
5                                             Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C18-0112-JCC
PAGE - 2